Case No.  26-mj-30 (LIB)

## AFFIDAVIT

I, Kristina Sather, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Jose ESPINOZA-ESPINOZA ("ESPINOZA"), for a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF SPECIAL AGENT

3. Your affiant is a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and has been so employed since October of 2024.  Your affiant has attended HSI Special Agent Training for approximately 416 hours and also completed the Federal Criminal Investigator Training Program of approximately 500 hours at the Federal Law Enforcement Training Center in Glynco, GA.  Your affiant received a bachelor's degree in law enforcement from Minnesota State University, Mankato, MN. Prior to her tenure as a Special Agent, your affiant was employed by the Cloquet Police Department in Minnesota for 10 years, starting as a patrol officer and promoting to Detective. During this time, your affiant investigated a variety of crimes including property crimes, financial crimes, assaults, child sexual assault material, homicides, narcotics, and firearm violations. These investigations included a variety of techniques including interviews, surveillance, search warrants, and the examination of digital electronic.

### III. STATEMENT OF PROBABLE CAUSE

4. On January 16, 2026, HSI Special Agents and an ERO Officer were conducting surveillance near the Cazadores Mexican restaurant located 1440 S 12th Ave W, Virginia, MN 55792.  At approximately 0930 hours, Agents observed a black Mazda 6 wagon, bearing Minnesota license plate LXC 072 arrive in the parking lot.  This

SCANNED

JAN 2 0 2026

U.S. DISTRICT COURT DULUTH

1 of 3 1/20/26

vehicle had been previously identified by the US Border Patrol International Falls as being suspected of transporting illegal aliens.

5. Agents observed four individuals in the vehicle. Several HSI Agents wearing marked HSI body armor and marked POLICE jackets exited their vehicles and began to approach the Mazda 6, during which time three unidentified males had already exited out of the vehicle. One of the males spotted the agents, during which time SA Paul Ford attempted to speak to the individuals, who fled into Cazadores Mexican Restaurant. The driver of the vehicle, later identified as Jose ESPINOZA-ESPINOZA (DOB: 10/01/2006), remained in the vehicle.

6. Special Agent Paul Ford wearing a POLICE marked jacket open in the front to display his HSI marked body armor along with SAs Wayne Lai and Antonio Montes, approached the vehicle. SA Ford attempted to open the door to question the driver, during which time the driver rapidly accelerated and injured SA Ford's left ring finger in the process. ERO Jimmy King was in his government vehicle, a black Ford Explorer parked approximately 10 feet in front of ESPINOZA's Mazda. ESPINOZA rammed the front of his Mazda 6 into the front of ERO James King's Ford Explorer causing damage including coolant loss from the front of the vehicle.

7. HSI agents subsequently removed ESPINOZA from the vehicle, during which time ESPINOZA continued to resist arrest, by hiding his hands under his chest, preventing the officers from placing handcuffs on him. SA Montes provided verbal commands in Spanish for ESPINOZA to place his hands behind his back. After a brief period of ESPINOZA resisting arrest, agents eventually were able to place handcuffs on ESPINOZA and placed him under arrest. ESPINOZA was offered medical care. He denied any injuries and refused medical care.

8. The Virginia Police Department was contacted and responded to the scene and completed an accident report. ESPINOZA was transported by SA Lai and Montes to the Virginia Police Department for initial processing and search of his person. During this time ESPINOZA refused to provide his name and country of citizenship. At the Virginia Police Department, SA Montes advised ESPINOZA of his rights in the Spanish language. ESPINOZA responded that he understood his rights and did not wish to speak with agents. ESPINOZA was subsequently transported by SAs Lai, Montes, Shane Kraus to the US Border Patrol Station Duluth for criminal and administrative processing.

9. While at the US Border Patrol Station, ESPINOZA spoke with SA Montes and verbally identified himself as Jose ESPINOZA- ESPINOZA, DOB: 10/01/2006.

ESPINOZA stated he was born in Guatemala, was a citizen of Guatemala, and was in the United States illegally.

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that ESPINOZA has committed a violation of Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding a Federal Officer.

Kristina Sather, Special Agent
Homeland Security Investigation

Date: January 20, 2026

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and 1/20/26
email) pursuant to Fed. R. Crim. P. 41(d)(3).

The Honorable Leo I. Brisbois
United States Magistrate Judge

3 of 3
1/20/26