BME
AO 442 (Rev. 11/11) Arrest Warrant

# ~~UNITED STATES DISTRICT COURT~~
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JOSE ESPINOZA-ESPINOZA

Case No. 26-mj-30 (LIB)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay JOSE ESPINOZA-ESPINOZA
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    X  Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On January 16, 2026 the defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a special agent of the Department of Homeland Security Investigations, who was engaged in the performance of official duties, and caused physical contact, ~~and with the intent to commit another felony~~; all in violation of Title 18, United States Code, Section 111 (a).  [1/20/26 NO PTC FOR clause  /B stricken  /B]

Date: January 20, 2026

City and State: ~~St. Paul, MN~~ Duluth, MN 1/20/26  /B

Issuing officer's signature

The Honorable Leo I. Brisbois
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

SCANNED
JAN 20 2026
U.S. DISTRICT COURT DULUTH