

# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 1/21/2026
Name of Requestor: Jenny Beck

**SERVICE INFORMATION:**
Name of Agency: Quality Interpretations LLC
Name of Interpreter: Esperanza Lopez–Dominguez
Language: Spanish
Date of Service: 1/21/2026
Time of Service: 3:00 PM
Location of Hearing: Video Conference
Case Number: 0:26–mj–00030–LIB
Case: USA v Jose Espinoza–Espinoza
Estimated Duration of Assignment: 2 hours

**CURRENT FEES FOR COURT INTERPRETERS:**
**Spanish Federally Certified Interpreters**
Half–Day: $320
Full–Day: $566

**Professionally Qualified Interpreters**
Half–Day: $280
Full–Day: $495

**Language Skilled Interpreters**
Half–Day: $190
Full–Day: $350

For more information, please visit www.mnd.uscourts.gov/court–interpreters or contact the Interpreter Coordinator at interpreter_coordinator@mnd.uscourts.gov

Contract court interpreters can be reimbursed for mileage and parking when using a personally owned vehicle, or for public transportation, from the interpreter's authorized point of departure.All other local commuting expenses or any travel expenses outside of the local commuting area require pre–approval from the Interpreter Coordinator.